UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In the Matter of the Petition | : | CIVIL ACTION NO.: 22-7383 |
| of | : : : | **MOTION TO APPROVE *AD INTERIM* STIPULATION FOR** |
| NEW YORK CITY BOAT TOURS, LLC and EDWARD MATTIACE, as Owner of the 36' uninspected passenger vessel "HONCHO" bearing Hull Number HEB00069G585 | : : : : | **VALUE AND FOR ENTRY OF AN ORDER DIRECTING ISSUANCE OF NOTICE AND ENJOINING ACTIONS** |

Petitioners NEW YORK CITY BOAT TOURS, LLC AND EDWARD MATTIACE, as Owners of the 36' uninspected passenger vessel "HONCHO" (HIN HEB00069G585), by their attorneys, Nicoletti Hornig & Sweeney, move the Court to enter an Order (i) approving the Ad Interim Stipulation for Value filed by the Petitioners, (ii) directing issuance of Notice of the commencement of this proceeding, and (iii) enjoining actions, all as prayed for in the Complaint herein.

Dated: New York, New York
January 25, 2023

NICOLETTI HORNIG & SWEENEY

BY: _____
Guerric S.D.L. Russell
88 Pine Street, 7th Floor
New York, New York 10005-1801
Tel: 212-220-3830
Fax: 212-220-3780
Email: grussell@nicolettihornig.com
Our File No.: 10000720 GSR/JJH
*Attorneys for Petitioners New York City Boat Tours, LLC and Edward Mattiace*