# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In the Matter of the Petition | : | |
| | : | CIVIL ACTION NO.: 22-7383 |
| of | : | |
| | : | **AD INTERIM** |
| NEW YORK CITY BOAT TOURS, LLC and | : | **STIPULATION FOR VALUE** |
| EDWARD MATTIACE, as Owner of the 36' | : | |
| uninspected passenger vessel "HONCHO" | : | |
| bearing Hull Number HEB00069G585 | : | |

WHEREAS, Petitioners New York City Boat Tours, LLC, and Edward Mattiace, as Owners of a 36-foot uninspected passenger vessel HONCHO, bearing official Hull Identification number HEB00069G585, filed a Complaint in this Court demanding exoneration from or limitation of liability in respect of all loss, damage, injury or death arising out of an incident on June 17, 2022, as more fully described in the Complaint; and

WHEREAS, in the said Complaint, Petitioners demand, among other things, that this Court issue (1) a Notice to all persons asserting claims with respect any loss, damage, injury or death arising out of said incident admonishing them to file their respective claims and answers, if any, to the said Complaint, and (2) an injunction enjoining the commencement and further prosecution of all actions, suits and proceedings with respect to such claims against the Petitioner, as aforesaid, and against the said vessel and any other property of the Petitioner, except in this proceeding; and

WHEREAS, Petitioners wish to prevent the commencement and the further prosecution of all actions, suits and proceedings of any nature or description in any and all courts against the Petitioners, the said vessel and any other property of the Petitioner and the Petitioner also wishes to provide a stipulation for value, in the preliminary amount established in the Complaint, as security for the benefit of claimants, pending any further appraisement of the amount or value of the Petitioner's interest in the said vessel and her pending freight as the Court may hereafter order; and

WHEREAS, pending further appraisement as may be ordered by the Court, the amount or value of the Petitioners' interest in the said vessel and their pending freight following the said incident is not more than $25,000.00 as established in the Complaint and the Petitioners and its stipulator, Atlantic Specialty Insurance Company, an insurer authorized to do business in the State of New York, hereby consenting and agreeing for the benefit of claimants herein that if judgment is awarded against the Petitioners, the judgment may be entered against Petitioners and the stipulator and each of them for an amount not exceeding the above-stated amount with interest thereon from this date and that thereupon execution therefor may issue against their and each of their goods, chattels, lands and tenements or other real estate; and

NOW, THEREFORE, the condition of this stipulation is such that if the Petitioners and Atlantic Specialty Insurance Company, the stipulator undersigned, shall abide by all orders of the Court, interlocutory and final, and pay the amount awarded by the final judgment rendered by this Court, and by any appellate court, if an appeal intervenes, with interest as aforesaid, then this stipulation to be void otherwise to remain in full force and effect.

Date:    December 7, 2022

Atlantic Specialty Insurance Company

By: _____
Natalie O'Connell
Authorized Representative
Intact Insurance Ocean Marine

## DECLARATION

Natalie O'Connell, under penalty of perjury, declares that she is an authorized representative of Atlantic Specialty Insurance Company with an office at One State Street Plaza, 31st Floor, New York, New York 10004; that she acknowledges the signing of the foregoing instrument; that she is authorized to sign the aforesaid instrument on behalf of Atlantic Specialty Insurance Company; and that she signed the aforesaid instrument pursuant to such authority.

Natalie O'Connell