*Nicoletti Hornig & Sweeney*

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801

TELEPHONE 212-220-3830

FACSIMILE 212-220-3780

general@nicolettihornig.com

www.nicolettihornig.com

+GUERRIC S.D.L. RUSSELL
PARTNER
DIRECT DIAL: 212-220-3826
grussell@nicolettihornig.com

February 13, 2023

**VIA ECF**
Hon. Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

RE:   *In the Matter of the Petition of New York City Boat Tours, LLC and Edward Mattiace as Owner of the 36' Vessel HONCHO*
Docket No.            22-7383
Our File No.:         10000720

Dear Judge Bloom:

We represent Petitioners New York City Boat Tours, LLC, and Edward Mattiace in the above-referenced maritime limitation action. We respectfully request an adjournment of the upcoming initial conference scheduled on February 21, 2023 at 10:00 a.m.

At this time, there are no other parties in this action besides Petitioners. On January 25, 2023, Petitioners filed a motion for an Order approving an Ad Interim Stipulation for Value, directing issuance of notice and enjoining actions. The motion has not yet been decided by the Court. The requested Order will, among other directives, set a deadline for all potential claimants to appear in this limitation action and file their claims. We would therefore request that the initial conference be adjourned without date at this time. We will advise the Court once the motion has been decided and a deadline to appear and file claims is set so that a new date for an initial conference can be scheduled.

We thank the Court for its time and consideration to this matter.

Very truly yours,

NICOLETTI HORNIG & SWEENEY

By: _____
Guerric S.D.L. Russell