# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Petition | : |
| | : CIVIL ACTION NO.: 22-7383 |
| of | : |
| | : **NOTICE OF PETITION FOR** |
| NEW YORK CITY BOAT TOURS, LLC and | : **EXONERATION FROM OR** |
| EDWARD MATTIACE, as Owner of the 36' | : **LIMITATION OF LIABILITY** |
| uninspected passenger vessel "HONCHO" | : |
| bearing Hull Number HEB00069G585 | : |

NOTICE is given that the above-named Petitioners, New York City Boat Tours, LLC and Edward Mattiace, have filed a Petition pursuant to 46 U.S.C. § 30501 *et seq.*, the statutes supplemental thereto and amendatory thereof, and Supplemental Rule F of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure, seeking exoneration from or limitation of liability for all claims for loss, damage, injury or death arising out of or occurring on June 17, 2022, when their vessel, the HONCHO (HIN HEB00069G585), collided with the FDNY vessel MARINE 1 BRAVO on the East River, as more fully described in the Petition.

All persons having such claims must file their respective claims, as provided in Supplemental Rule F of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of this Court located at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York and must serve a copy thereof on the attorneys for the Petitioner, Nicoletti Hornig & Sweeney, Wall Street Plaza, 88 Pine Street, 7th Floor, New York, New York 10005 on or before the 7th day of July, 2023 or be defaulted.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, the claimant shall also file with the Clerk of this Court and serve on the attorneys for the Petitioners an answer to the Petition on or before the aforesaid date unless the claimant's claim includes an answer so designated, or be defaulted.

Dated: Brooklyn, New York
        May 26, 2023

                                  BRENNA B. MAHONEY
                                  Clerk of the Court
                               United States District Court
                               Eastern District of New York

by: *Tiffeny Lee-Harris*
Tiffeny Lee-Harris, Deputy Clerk