AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| NEW YORK CITY BOAT TOURS, LLC and EDWARD MATTIACE<br>*Plaintiff*<br>v.<br>HEIDI VERMANDEL<br>*Defendant, Third-party plaintiff*<br>v.<br>THE CITY OF NEW YORK<br>*Third-party defendant* | Civil Action No. 1:22-cv-07383 (NGG)(LB) |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*  THE CITY OF NEW YORK
Corporation Counsel
100 Church Street
New York, NY 10007

A lawsuit has been filed against defendant __Heidi Vermandel__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __New York City Boat Tours and Edward Mattiace__.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Hofmann & Schweitzer,
212 West 35th Street, 12th Floor
New York, NY 10001

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nicoletti Hornig & Sweeney
88 Pine Street, 7th Floor
New York, NY 10005-1801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date: 06/26/2023

BRENNA B. MAHONEY
*CLERK OF COURT*

s/ *Esther Glaspin*

*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 1:22-cv-07383 (NGG)(LB)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: