286-22/WDM-DJF

FREEHILL, HOGAN & MAHAR LLP
*Attorneys for Claimant The City of New York, as*
*Owner and Operator of the MARINE 1 BRAVO*
80 Pine Street -25th Floor
New York, New York 10005
Telephone: 212-425-1900 Fax: 212-425-1901
Daniel J. Fitzgerald, Esq.
Fitzgerald@freehill.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| IN THE MATTER OF THE PETITION | 1:22-cv-07383 (NGG)(LB) |
| OF | **NOTICE OF APPEARANCE** |
| NEW YORK CITY BOAT TOURS, LLC and EDWARD MATTIACE, as Owner of the 36' uninspected passenger vessel "HONCHO" bearing Hull Number HEB00069G585, Petitioners. | |

-------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that Daniel J. Fitzgerald, a partner at Freehill Hogan & Mahar LLP, hereby appears as counsel on behalf of Claimant, THE CITY OF NEW YORK as Owner and Operator of the MARINE 1 BRAVO (hereinafter "Claimant"), in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the address below. Mr. Fitzgerald is admitted to practice before this Court.

Date: New York, New York
July 7, 2023

                                   FREEHILL HOGAN & MAHAR LLP
                                   *Attorneys for Claimant The City of New York,*
                                   *as Owner and Operator of the Marine 1 Bravo*

                          By: _____
                                   Daniel J. Fitzgerald
                                   80 Pine Street 25th Floor
                                   New York, New York 10005
                                   (T): 212.425.1900 | (F): 212.425.1901
                                   Fitzgerald@freehill.com

TO:    All Counsel of Record Via ECF