| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>ATTORNEY(S) HOFMANN & SCHWEITZER<br>212 W. 35TH STREET NEW YORK, NY 10001-2727 \| PH: (212) 465-8840 | Index Number: 1:22-CV-07383-NGG-LB<br>Date Filed: 06/26/2023 |

**NEW YORK CITY BOAT TOURS, LLC AND EDWARD MATTIACE**

Plaintiff

vs

**HEIDI VERMANDEL**

Defendant

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:     **AFFIDAVIT OF SERVICE**

CHRISTOPHER J. KLEIN, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **7/18/2023**, at **2:55 PM** at **100 CHURCH STREET ATTN: MESSENGER CENTER, NEW YORK, NY 10007**, Deponent served the within **Third-Party Summons in a Civil Action and Third-Party Complaint**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **THE CITY OF NEW YORK C/O CORP. COUNSEL**, Defendant therein named, ( hereinafter referred to as "subject").

By delivering to and leaving with **Ariton Marke** said individual to be **Authorized Agent** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership. A description of Ariton Marke is as follows:

**Sex**: Male    **Color of skin**: White    **Color of hair:** Brown    **Age**: 38
**Height**: 5ft9in-6ft0in    **Weight**: 161-200 Lbs.    **Other** : Glasses

Sworn to before me on July 19, 2023

Samuel Mlotok
Notary Public - State of New York
No. 01ML6317724
Qualified in Nassau County
My Commission Expires 4/16/27

**Client's File No.:**

Process Server, Please Sign
CHRISTOPHER J. KLEIN
Lic# 1188546
Job #: 2339576

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*
*UNITED PROCESS SERVICE*