286-22/WDM-DJF
FREEHILL, HOGAN & MAHAR LLP
*Attorneys for Claimants*
*The City of New York, as Owner and*
*Operator of the MARINE 1 BRAVO,*
*Thomas Waller and Tara Waller*
*(counterclaim only)*
80 Pine Street -25th Floor
New York, New York  10005
Telephone: 212-425-1900 Fax: 212-425-1901
Wayne D. Meehan, Esq.
Daniel J. Fitzgerald, Esq.
Meehan@freehill.com
Fitzgerald@freehill.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

IN THE MATTER OF THE PETITION

OF

NEW YORK CITY BOAT TOURS, LLC and
EDWARD MATTIACE, as Owner of the 36'
uninspected passenger vessel "HONCHO" bearing
Hull Number HEB00069G585, Petitioners.

-------------------------------------------------------------------x

1:22-cv-07383 (NGG)(LB)

**ANSWER TO NEW YORK CITY BOAT TOURS, LLC AND EDWARD MATTIACE'S COUNTERCLAIM AGAINST CLAIMANT THOMAS WALLER**

THE CITY OF NEW YORK as Owner and Operator of the MARINE 1 BRAVO, THOMAS WALLER and TARA WALLER (as to counterclaim only) by and through their attorneys, FREEHILL HOGAN & MAHAR LLP, in answer to the Counterclaim against Claimant Thomas Waller of New York City Boat Tours, LLC and Edward Mattiace, dated July 28, 2023, state upon information and belief, as follows:

**ANSWER TO COUNTERCLAIM AGAINST CLAIMANT THOMAS WALLER**

1. Deny each and every allegation contained in paragraphs 32, 33, 34, 35, 36 and 37 of the Counterclaim.

**WHEREFORE**, THE CITY OF NEW YORK as Owner and Operator of the MARINE 1 BRAVO, THOMAS WALLER and TARA WALLER demand judgment in their favor denying the Counterclaim against Claimant Thomas Waller of New York City Boat Tours, LLC and Edward Mattiace and that this Court grant such other and further relief as may be just and proper.

Date:   New York, New York
        August 29, 2023

                                          FREEHILL HOGAN & MAHAR LLP
                                          *Attorneys for Claimants*
                                          *The City of New York, as Owner and Operator*
                                          *of the Marine 1 Bravo, Thomas Waller and Tara Waller*
                                          *(counterclaim only)*

            By:   _____
                                          Wayne D. Meehan
                                          Daniel J. Fitzgerald
                                          80 Pine Street 25th Floor
                                          New York, New York 10005
                                          (T): 973.623.5514 | (F): 973.623.3813
                                          Meehan@freehill.com
                                          Fitzgerald@freehill.com

TO:    John J. Hession, Esq.
          Guerric Russell, Esq.
          Nicoletti, Hornig & Sweeney
          *Attorneys for New York City Boat Tours, LLC*
          *and Petitioner Edward Mattiace*
          Wall Street Plaza-88 Pine Street
          New York, New York 10005
          Jhession@nicolettihornig.com
          grussell@nicolettihornig.com

          Paul T. Hofmann, Esq.
          Hofmann & Schweitzer
          *Attorneys for Estate of Johnny Beernaert*
          212 West 35th Street
          New York, New York 10001
          paulhofmann@hofmannlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN THE MATTER OF THE PETITION

OF

NEW YORK CITY BOAT TOURS, LLC and
EDWARD MATTIACE, as Owner of the 36'
uninspected passenger vessel "HONCHO" bearing
Hull Number HEB00069G585, Petitioners.
-----------------------------------------------------------------x

1:22-cv-07383 (NGG)(LB)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
: ss:
COUNTY OF NEW YORK )

    I, Annette Carrubba, being duly sworn, depose and say that I am not a party to the within action, am over 18 years of age and have an office and place of business at 80 Pine Street, New York, New York 10005.

    On August 29, 2023, I served a true and correct copy of the within **Answer to New York City Boat Tours, LLC and Edward Mattiace's Counterclaim against Claimant Thomas Waller** upon:

John J. Hession, Esq.
Guerric Russell, Esq.
Nicoletti, Hornig & Sweeney
*Attorneys for New York City Boat Tours, LLC
and Petitioner Edward Mattiace*
Wall Street Plaza-88 Pine Street
New York, New York 10005
Jhession@nicolettihornig.com
grussell@nicolettihornig.com

Paul T. Hofmann, Esq.
Hofmann & Schweitzer
*Attorneys for Estate of Johnny Beernaert*
212 West 35th Street
New York, New York 10001
paulhofmann@hofmannlaw.com

Via ECF.

_____
Annette Carrubba

Sworn to before me on this
29th day of August 2023.

_____
Notary Public

KATHERINE FRANCES MALLING
NOTARY PUBLIC, State of New York
No. 01MA0007010
Qualified in Queens County
Commission Expires May 5, 20_27_

3

598472.1