UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

IN THE MATTER OF THE PETITION

        OF

NEW YORK CITY BOAT TOURS, LLC AND EDWARD MATTIACE, as Owner of the 36' uninspected passenger vessel "HONCHO" bearing Hull Number HEB000696585

                                Petitioners,
------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

1:22-cv-07383 (NGG)(LB)

        **PLEASE TAKE NOTICE** that **MICHELLE L. MOSHE**, Senior Counsel, hereby appears as counsel of record on behalf of the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for THE CITY OF NEW YORK, as Owner and Operator of the MARINE 1 BRAVO and THOMAS WALLER (as to the counterclaim only). All papers and Electronic Case Filing notifications in this action should be served upon the undersigned at the address stated below.

        I certify that I am admitted to practice before this Court.

Dated:  New York, New York
           October 31, 2023

                              HON. SYLVIA O. HINDS-RADIX
                              Corporation Counsel of the City of New York
                              *Attorney for City of New York, attorney for THE CITY OF NEW YORK, as Owner and Operator of the MARINE 1 BRAVO and THOMAS WALLER (as to the counterclaim only)*
                              100 Church Street
                              New York, New York 10007
                              Office: (212) 356-7149

                  By:   *Michelle L. Moshe*
                          Michelle L. Moshe
                          *Senior Counsel*

cc: **<u>Via ECF</u>**
*All attorneys of record*