

| | **T**HE **C**ITY OF **N**EW **Y**ORK | |
|---|:---:|---:|
| **Hon. Sylvia O. Hinds-Radix**<br>*Corporation Counsel* | **L**AW **D**EPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MICHELLE L. MOSHE**<br>Tel: (212) 356-7149<br>Email: mimoshe@law.nyc.gov |

April 19, 2024

Magistrate Judge Lois Bloom
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: NEW YORK CITY BAT TOURS, LLC and EDWARD MATTIACE, as Owner of the 36' uninspected passenger vessel "Honcho" bearing Hull Number HEB00069G858;
           Case No. 1:22-cv-07383-NGG-LB

Dear Magistrate Judge Bloom:

Pursuant to the Order dated April 9, 2024, the City submits this status letter on behalf of all parties. The parties have agreed to proceed with a private mediation before Shelley Rossoff Olsen, Esq., and have resolved the issues regarding the mediation fees. We are checking with Ms. Olsen's availability and will select a date that is convenient to all parties.

Please let me know if you need any further information.

Thank you.

                                          Respectfully submitted,

                                          Michelle L. Moshe
                                          Assistant Corporation Counsel

cc: All counsel of record (via ECF)