

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MICHELLE L. MOSHE**
Tel: (212) 356-7149
Email: mimoshe@law.nyc.gov

September 26, 2024

Magistrate Judge Lois Bloom
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: NEW YORK CITY BOAT TOURS, LLC and EDWARD MATTIACE, as Owner of the 36' uninspected passenger vessel "Honcho" bearing Hull Number HEB00069G858;
     Case No. 1:22-cv-07383-RER-LB

Dear Magistrate Judge Bloom:

I write on behalf of all parties to provide you with an update on the above referenced matter. The parties have continued to engage in settlement discussions with the assistance of the mediator Shelly Olsen. We are optimistic about achieving a global settlement in the coming weeks.

We will provide an updated status report to the Court by October 25, 2024, if that is acceptable to the Court.

Thank you.

               Respectfully submitted,

               *Michelle L Moshe*

               Michelle L. Moshe
               Assistant Corporation Counsel

cc: All counsel of record (via ECF)