

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**MICHELLE L. MOSHE**
Tel: (212) 356-7149
Email: mimoshe@law.nyc.gov

October 25, 2024

Magistrate Judge Lois Bloom
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  NEW YORK CITY BOAT TOURS, LLC and EDWARD MATTIACE, as
            Owner of the 36' uninspected passenger vessel "Honcho" bearing Hull
            Number HEB00069G858;
            Case No. 1:22-cv-07383-RER-LB

Dear Magistrate Judge Bloom:

I write on behalf of all parties to provide you with an update on the above referenced matter. The parties have continued to engage in settlement discussions with the assistance of the mediator, Shelly Olsen. We recently made a substantial offer, which was rejected without a new counter-offer. Nonetheless, the parties are in regular contact with the mediator and waiting to hear back from her regarding next steps. We hope to achieve a global settlement in the coming weeks.

We will provide an updated status report to the Court by November 8, 2024, if that is acceptable to the Court

Thank you.

                        Respectfully submitted,

                        *Michelle L Moshe*

                        Michelle L. Moshe
                        Assistant Corporation Counsel

cc: All counsel of record (via ECF)