# HOFMANN & SCHWEITZER

COUNSELLORS AT LAW AND PROCTORS IN ADMIRALTY
212 West 35th Street, 12th Floor
NEW YORK, NY 10001
Telephone: (212) 465-8840

| | | |
|---|---|---|
| PAUL T. HOFMANN* | Fax: (212) 465-8849 | NEW JERSEY OFFICE: |
| TIMOTHY F. SCHWEITZER* | Fax: (844) 570-8674 | 1130 ROUTE 202 SOUTH , SUITE A7 |
| _____ | | RARITAN, NJ 08869 |
| | | (908) 393-5662 |
| DARIO ANTHONY CHINIGO* | E-MAIL: INFO@HOFMANNLAWFIRM.COM | |
| NICOLE VERA*† | WEB PAGE: WWW.HOFMANNLAWFIRM.COM | |
| | | Writer's Email: |
| *Also Admitted in NJ | | paulhofmann@hofmannlawfirm.com |
| † Also Admitted in FL | | |

April 29, 2025

Via ECF

Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: New York City Boat Tours, LLC, et. al. v. The City of New York, et. al.
1:22-cv-07383-LB

Dear Magistrate Judge Bloom:

As you will recall, our office represents Heidi Vermandel as a claimant in this litigation. We write to ask your intercession with the Court Clerk to allow us access to your written order of April 24, 2025, approving the wrongful death portion of the settlement.

Because the documents are under seal we have not been able to access the actual order through ECF. We called the Clerk's office and advised that we represent the party making the motion for approval of the settlement, but cannot access the order. The Clerk directed us to write to you so that you could somehow direct that our office, and those of the other counsel, would have access to the actual order.

We apologize for this inconvenience, but we do not know of any other recourse other than to ask for your intercession and assistance.

Respectfully yours,

HOFMANN & SCHWEITZER

By: _____
Paul T. Hofmann

PTH/gh

c: All counsel via ECF